[No. 20980-2-II.    Division Two.    June 5, 1998.]

*In the Matter of the Personal Restraint of* JEROME
POWELL, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by
unpublished opinion per Houghton, C.J., concurred in by
Bridgewater and Armstrong, JJ.

[No. 21238-2-II.    Division Two.    June 5, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES RAMONE
SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-01645-6, Thomas R. Sauriol, J., entered
September 16, 1996. *Reversed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater, A.C.J., and
Morgan, J.

[No. 21254-4-II.    Division Two.    June 5, 1998.]

LLOYD G. WHITON, ET AL., *Appellants,* v. OREGON LABOR
PRESS PUBLISHING COMPANY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-01908-8, Brian M. Tollefson, J., entered
September 27, 1996. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Arm-
strong, JJ.

[Nos. 36068-0-I; 36179-1-I.    Division One.    June 8, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON MICHAEL
SOLER, *Defendant,* JASON CHRISTOPHER TWYMAN,
*Appellant.*

THE STATE OF WASHINGTON, *Appellant,* v. JASON MICHAEL
SOLER, *Respondent.*

Appeals from judgments of the Superior Court for King
County, Nos. 94-1-03690-1, 94-1-03689-7, LeRoy McCul-
lough, J., entered January 27 and 30, 1995. *Affirmed* by un-
published opinion per Grosse, J., concurred in by Baker
and Ellington, JJ.